UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00452

**Patrick Ford,**
*Plaintiff,*

v.

**Nationwide Credit and Collection, Inc., et al.,**
*Defendants.*

# ORDER

On January 11, 2024, plaintiff filed a document purporting to be a notice of voluntary dismissal of defendant Equifax Information Services, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Doc. 24. However, that document was not filed "before the opposing party serve[d] either an answer or a motion for summary judgment" and therefore does not comply with the rule. The court therefore construes that document as a motion made under Rule 41(a)(2).

The court finds the terms of dismissal proper. There are no counterclaims or crossclaims that prevent dismissal. Therefore, the court grants the motion. Equifax Information Services, LLC, is dismissed from this case with prejudice.

*So ordered by the court on February 8, 2024.*

J. CAMPBELL BARKER
United States District Judge